```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

EARNEST JOHNSON, by and through his
wife and next friend, GLORIA JOHNSON,
on behalf of the wrongful death
beneficiaries and as Administratrix
of the Estate of Earnest Johnson                       PLAINTIFF

VS.                            CIVIL ACTION NO. 5:06-cv-161(DCB)(JMR)

MARINER HEALTH CARE, INC., f/k/a
Mariner Post Acute Network;
MARINER HEALTH GROUP, INC.;
NATIONAL HERITAGE REALTY, INC.;
MARINER HEALTH CARE MANAGEMENT
COMPANY; those operating subsidiaries
of Mariner Health Care, Inc., and
Mariner Health Group connected with
the ownership or operation of Yazoo
City Health and Rehabilitation Center;
SCOTT LINDSEY; ROY DUMAS; LISSA
COLLINS; SALLY LONG; BOYD GENTRY;
John Doe Additional Owners 1-10; John
Doe Management Companies 11-20; John
Doe Nursing Home Personnel Contractors
21-30; John Doe Consultants 31-40;
John Doe Administrators 41-50; John
Doe Directors of Nursing 51-60; John
Doe Medical Directors 61-70; John Doe
Assessment Nurses 71-80; John Doe
Nurses 81-100; John Doe Dieticians 101-
120; John Doe Direct Care Workers 121-
180; John Doe Licensees, Governing Board
Members and Managers 181-200; Unspecified
John Does 201-225                                      DEFENDANTS

<u>ORDER</u>

This cause is before the court on defendants Boyd Gentry, Lissa Collins, Scott Lindsey, Sally Long, and Roy Dumas's Motion to Dismiss **(docket entry 8)**. Having carefully considered the motion, and being otherwise fully advised in the premises, the court finds

as follows:

The plaintiff has not objected to the defendants' motion.  In light of the plaintiff's consent to the dismissal of these defendants, the motion shall be granted.  Accordingly,

IT IS HEREBY ORDERED that defendants Boyd Gentry, Lissa Collins, Scott Lindsey, Sally Long, and Roy Dumas's Motion to Dismiss **(docket entry 8)** is GRANTED, and said defendants are dismissed from this action with prejudice.

SO ORDERED, this the   14th   day of November, 2007.


    s/ David Bramlette
    UNITED STATES DISTRICT JUDGE