IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

EARNEST JOHNSON, by and through his
wife and next friend, GLORIA JOHNSON,
on behalf of the wrongful death
beneficiaries and as Administratrix
of the Estate of Earnest Johnson                    PLAINTIFF

VS.                        CIVIL ACTION NO. 5:06-cv-161(DCB)(JMR)

MARINER HEALTH CARE, INC., f/k/a
Mariner Post Acute Network;
MARINER HEALTH GROUP, INC.;
NATIONAL HERITAGE REALTY, INC.;
MARINER HEALTH CARE MANAGEMENT
COMPANY; those operating subsidiaries
of Mariner Health Care, Inc., and
Mariner Health Group connected with
the ownership or operation of Yazoo
City Health and Rehabilitation Center               DEFENDANTS

ORDER

This cause is before the Court on the defendants' motion for
partial summary judgment **(docket entry 43)**.  Having carefully
considered the motion and response, the memoranda of the parties
and the applicable law, and being otherwise fully advised in the
premises, the Court finds as follows:

In their motion, the defendants move for summary judgment on
the plaintiff's wrongful death claim, and on the plaintiff's claim
for punitive damages.  The plaintiff concedes the motion as to her
claim for wrongful death.

As for the punitive damages claim, the plaintiff requests
additional time to submit evidence, including testimony of the
plaintiff's nursing expert, Renee Bridges.  Ms. Bridges's testimony

is also the subject of a motion in limine filed by the defendants on March 3, 2008.  The Court finds that any additional evidence should be submitted at the same time as the plaintiff's response to the motion in limine.  Accordingly,

IT IS HEREBY ORDERED that the defendants' motion for partial summary judgment **(docket entry 43)** is GRANTED IN PART as to the plaintiff's wrongful death claim, and said claim is dismissed with prejudice;

FURTHER ORDERED that as to the punitive damages claim, the plaintiff's Rule 56(f) motion is granted, and the plaintiff's additional evidence shall submitted at the same time as her response to the defendants' motion in limine.

SO ORDERED, this the __11th__ day of March, 2008.


_____s/ David Bramlette_____
UNITED STATES DISTRICT COURT