

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

EARNEST JOHNSON, BY AND THROUGH HIS WIFE
AND NEXT FRIEND, GLORIA JOHNSON, ON BEHALF
OF THE WRONGFUL DEATH BENEFICIARIES AND AS
ADMINISTRATRIX OF THE ESTATE OF EARNEST JOHNSON        PLAINTIFF

VS.                                                    NO. 5:06-CV-161 DCB-JMR

MARINER HEALTH CARE, INC., MARINER                     DEFENDANTS
HEALTH GROUP, INC.; MARINER HEALTH CARE
MANAGEMENT COMPANY; AND NATIONAL
HERITAGE REALTY, INC.

### JUDGMENT ON JURY VERDICT

THIS CAUSE having come on to be heard in open Court, and the Court having jurisdiction of the parties and the subject matter, and all parties having personally appeared and by their counsel announced ready for trial, there came a jury of seven good and lawful men and women, who, being duly qualified, sworn and empaneled, did hear the evidence and arguments of counsel and received instructions of the Court and who then retired to consider their verdict, and who thereupon returned into open Court with the following unanimous verdict, to-wit:

> We, the jury, find for the Defendants, Mariner Health Care, Inc. and National Heritage Realty, Inc.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Complaint of Plaintiffs, Earnest Johnson, by and through his wife and next friend, Georgia Johnson, as Administratrix of the Estate of Earnest Johnson, Deceased, be, and the same is hereby, dismissed with prejudice, and the Plaintiffs are hereby taxed with costs for which let execution issue.

ORDERED AND ADJUDGED this, the 22nd day of May, 2008.

*[signature: David Bramlette]*
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM:

*[signature]*
Attorney for Plaintiffs

*[signature]*
Attorney for Defendants